UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NICOLE WILLIAMS HAMILTON, individually
and on behalf of all others similarly situated,

                 Plaintiff,                **ORDER**

v.

                                 20-CV-10005 (PMH)

ENHANCED RECOVERY COMPANY, LLC,
and JOHN DOES 1-25,

                 Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the Parties have reached a settlement in principle in

this case. (Doc. 6). Accordingly, it hereby **ORDERED** that this action is dismissed without costs

and without prejudice to restoring the action to the Court's calendar, provided the application to

restore the action is made within sixty (60) days of this Order. Any application to reopen filed

after sixty (60) days from the date of this Order may be denied solely on that basis. Any pending

motions are DISMISSED as moot, and all conferences are CANCELLED.


Dated: White Plains, New York
       May 27, 2021

                          _____
                          Philip M. Halpern
                          United States District Judge